**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1126**

STEVEN MICHAEL LEE SLOAN, d/b/a Steven Michael Lee Sloan,

Plaintiff - Appellant,

v.

ALLY FINANCIAL INC.,

Defendant - Appellee

and

THE CORPORATION TRUST COMPANY

Defendant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. George Jarrod Hazel, District Judge. (8:18-cv-01979-GJH)

Submitted: May 23, 2019                    Decided: May 28, 2019

Before KING and RICHARDSON, Circuit Judges, and SHEDD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Steven Michael Lee Sloan, Appellant Pro Se. Teigen Hall, David Matthew Wyand, ROSENBERG, MARTIN & GREENBERG, LLP, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Michael Lee Sloan appeals the district court's order dismissing his civil action and denying his motion for discovery. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Sloan v. Ally Fin. Inc.*, No. 8:18-cv-01979-GJH (D. Md. filed Jan. 15, 2019 & entered Jan. 16, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*